UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

_____

|  |  |  |
|---|---|---|
| DEBRA BUCKOSH, | : | CASE NO. 1:21-cv-00975 |
|  | : |  |
| Plaintiff, | : | OPINION & ORDER |
|  | : | [Resolving Doc. 32] |
| v. | : |  |
|  | : |  |
| BONDED FILTER COMPANY, | : |  |
| LLC, et al., | : |  |
|  | : |  |
| Defendants. | : |  |

_____

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiff Debra Buckosh sues her former employer Defendant Bonded Filter Company, LLC ("Bonded"), and its agents, Defendants Matthew Ashwood and Steven MacWilliams, for sex-based employment discrimination, retaliation, and contract breach.[1] Defendant Bonded generally defends by saying that it fired Plaintiff Buckosh because Buckosh's sales production was low.

On December 3, 2021, the Court ordered Plaintiff to identify and produce the documents in her June 2020 production that support Plaintiff's argument that her sales production was equivalent to or better than male comparators by December 6, 2021.[2] The Court further ordered Plaintiff Buckosh, Defendants MacWilliams and Ashwood, and witnesses Lee Ann Shepard and Rich Dorsey to be available for depositions the week of December 6, 2021.[3]

Plaintiff now moves this Court to reconsider its December 3, 2021 order and require

_____

[1] Doc. 1-1.
[2] Doc. 31.
[3] *Id.*

Case No. 1:21-cv-00975
GWIN, J.

Plaintiff to instead identify and produce the aforementioned documents by December 13, 2021.[4]  Defendant opposes.[5]  Plaintiff also requests the depositions be allowed to proceed during the week of December 13, 2021.[6]  Defendant does not oppose this request.[7]

This Court **GRANTS** in part and **DENIES** in part Plaintiff's motion to reconsider and amend the Court's December 3, 2021 order.

This Court **AMENDS** its December 3, 2021 order and **ORDERS** Plaintiff to identify and produce the documents in her June 2020 production that support Plaintiff's argument that her sales production was equivalent to or better than male comparators at least three days in advance of filing Plaintiff's opposition to summary judgment.[8]  This Court further **ORDERS** Plaintiff to produce to Defendant any document Plaintiff plans to use during a deposition at least three days in advance of the deposition.

This Court **AMENDS** its December 3, 2021 order and **ORDERS** Plaintiff Buckosh, Defendants MacWilliams and Ashwood, and witnesses Lee Ann Shepard and Rich Dorsey to be available for depositions the week of December 13, 2021 as requested by the parties.

IT IS SO ORDERED.


Dated: December 8, 2021                          _s/      James S. Gwin_
                                                 JAMES S. GWIN
                                                 UNITED STATES DISTRICT JUDGE

---

[4] Doc. 32.
[5] Doc. 33.
[6] Doc. 32.
[7] Doc. 33.
[8] The dispositive motion deadline is December 20, 2021.  Plaintiff's opposition is due on or before January 3, 2022.