UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | : | |
|---|---|---|
| DEBRA BUCKOSH, | : | CASE NO. 1:21-cv-00975 |
| | : | |
| Plaintiff, | : | ORDER |
| | : | |
| v. | : | |
| | : | |
| BONDED FILTER COMPANY, LLC, et al., | : | |
| | : | |
| Defendants. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiff Debra Buckosh sues her former employer Defendant Bonded Filter Company, LLC ("Bonded"), and its agents, Defendants Matthew Ashwood and Steven MacWilliams, for sex-based employment discrimination, retaliation, and contract breach.[1] Defendant Bonded generally defends by saying that it fired Plaintiff Buckosh because Buckosh's sales production was low.

On December 8, 2021, this Court ordered Plaintiff to identify and produce the documents in her June 2020 production that support Plaintiff's argument that her sales production was equivalent to or better than male comparators at least three days in advance of filing Plaintiff's opposition to summary judgment.[2] This Court further ordered Plaintiff to produce to Defendant any document Plaintiff plans to use during a deposition at least three days in advance of the deposition.[3]

Defendant Bonded now moves this Court to reconsider its December 8, 2021 order

---

[1] Doc. 1-1.
[2] Doc. 34.
[3] *Id.*

Case No. 1:21-cv-00975
GWIN, J.

and requests an order from the Court: (1) requiring Plaintiff to identify by bates label the documents she contends support her contention that her sales production was equivalent to or better than male comparators by December 20, 2021; (2) extending the dispositive motion deadline from December 20, 2021 to January 10, 2021; (3) extending the trial date; and (4) reconsidering Defendants' motion for sanctions.[4]

Plaintiff now moves this Court for an order compelling Defendant Bonded to answer interrogatories and produce documents requested in Plaintiff's First Set of Interrogatories and First Request for Production of Documents.[5]

This Court **ORDERS** Plaintiff to file its opposition to Defendant's motion for reconsideration by December 20, 2021, and **ORDERS** Defendant to file its opposition to Plaintiff's second motion to compel by December 20, 2021.

This Court further **EXTENDS** the dispositive motion deadline to January 3, 2021.

IT IS SO ORDERED.

Dated: December 16, 2021  　　　　　　　　　　 *s/　　James S. Gwin*
　　　　　　　　　　　　　　　　　　　　　　　JAMES S. GWIN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[4] Doc. 41.
[5] Doc. 38.