UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| DEBRA BUCKOSH, : | CASE NO. 1:21-cv-00975 |
| Plaintiff, : | ORDER |
| v. : | |
| BONDED FILTER COMPANY, LLC, et al., : | |
| Defendants. : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

Plaintiff Debra Buckosh sues her former employer Defendant Bonded Filter Company, LLC ("Bonded"), and its agents, Defendants Matthew Ashwood and Steven MacWilliams, for sex-based employment discrimination, retaliation, and contract breach.[1] Defendant Bonded generally defends by saying that it fired Plaintiff Buckosh because Buckosh's sales production was low.

On December 23, 2021, this Court ordered Defendant to complete supplemental document production by January 7, 2022.[2]

On January 10, 2022, Plaintiff moved this Court for an order compelling Defendant Bonded to immediately produce the remaining required documents and sanctioning Defendants for their refusal to comply with the Court's December 23, 2021 order.[3]

This Court **ORDERS** Defendant to file its opposition to Plaintiff's motion to compel and for sanctions by January 12, 2022.

---

[1] Doc. 1-1.
[2] Doc. 45.
[3] Doc. 47.

Case No. 1:21-cv-00975
GWIN, J.

    IT IS SO ORDERED.

Dated: January 10, 2022                  *s/     James S. Gwin*
                                                       JAMES S. GWIN
                                                       UNITED STATES DISTRICT JUDGE